FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

20 FEB 19 PM 4:25

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )     CRIMINAL NO. 20-627 RB
                           )
    vs.                    )     18 U.S.C. §§ 922(g)(1) and 924: Felon in
                           )     Possession of a Firearm and Ammunition.
    HARLEY SKEEN,          )
                           )
            Defendant.     )

## I N D I C T M E N T

The Grand Jury charges:

On or about April 25, 2019, in Chaves County, in the District of New Mexico, the defendant, **HARLEY SKEEN**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)  burglary of a habitation, and

(2)  conspiracy to commit aggravated burglary (deadly weapon),

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
2/7/2020 4:26 PM